## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS,<br><br>     *Plaintiff*,<br><br>v.<br><br>HARVEY OAKS PLAZA, L.L.C.; and SPIRIT SPE ALBTSN PORTFOLIO 2013-6, LLC,<br><br>     *Defendants*. | Case No. 8:18-cv-00136-JFB-MDN<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this case have filed a stipulation of dismissal.

Accordingly, based upon the foregoing and all the files and records herein, **IT IS ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATE:  May 10, 2019                                  s/ Joseph F. Bataillon
                                                  Senior United States District Judge